UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN TIMOTHY DANE, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. 4:20-CV-323-CAN |
| § | |
| COMMISSIONER, SSA § | |
| § | |
| Defendant. § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Brian Timothy Dane's Motion for Fees under the Equal Access to Justice Act [Dkt. 22], and the Commissioner's Response [Dkt. 23], wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion [Dkt. 22] is **GRANTED**, and the Commissioner is directed to pay seven thousand, nine hundred and one dollars, and sixty-eight cents, ($7,901.68), in attorney fees. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED.**
**SIGNED this 8th day of November, 2021.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE